No. 81–18.   WOOLRIDGE *v.* KENTUCKY.   Sup. Ct. Ky. Certiorari denied.

No. 81–22.   NEIDINGER *v.* UNITED STATES.   C. A. 4th Cir.   Certiorari denied.

No. 81–25.   ONE 1976 ROLLS ROYCE SILVER SHADOW, SERIAL NO. LRE 25888 *v.* UNITED STATES.   C. A. 3d Cir. Certiorari denied.

No. 81–26.   MARKOT ET AL. *v.* HAUSNER ET AL.   C. A. 3d Cir.   Certiorari denied.

No. 81–27.   LUCE *v.* GOVAN.   Ct. Civ. App. Tex., 1st Sup. Jud. Dist.   Certiorari denied.

No. 81–28.   GORDON ET AL. *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 81–30.   HUFF *v.* UNITED STATES.   C. A. 5th Cir. Certiorari denied.

No. 81–34.   DORNIER, GMBH, ET AL. *v.* ELLIOTT ET AL. Super. Ct. Alaska, 4th Jud. Dist.   Certiorari denied.

No. 81–36.   CARBONE ET AL. *v.* MESERVE ET AL., TRUSTEES.   C. A. 1st Cir.   Certiorari denied.

No. 81–37.   MINARIK *v.* PENNSYLVANIA.   Sup. Ct. Pa. Certiorari denied.

No. 81–40.   PROCTOR *v.* KRAMER.   Dist. Ct. App. Fla., 4th Dist.   Certiorari denied.

No. 81–41.   HAGANS *v.* WATT, SECRETARY OF THE INTERIOR.   C. A. 9th Cir.   Certiorari denied.